UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARL JAMES GOBIN,<br><br>     Plaintiff,<br><br> v.<br><br>KATHLEEN HOGAN,<br><br>     Defendant. | CASE NO. C20-1044 MJP<br><br>ORDER ON MOTIONS |

  Following the filing of his complaint, this *pro se* Plaintiff moved the Court for appointment of counsel. Dkt. No. 2. The Court denied his motion, declining to extend this extraordinary relief to Plaintiff because he appeared capable of articulating his claim on his own. Dkt. No. 8.

  Plaintiff responded to this ruling by filed a "Request to Dismiss My Lawsuit vs Microsoft Corporation," reasoning that his inability to obtain private representation and inability to travel to Seattle (Plaintiff is a resident of Georgia) would render the prosecution of his action unfeasible. Dkt. No. 11. However, ten days later Plaintiff filed a request for "reconsideration" of the Court's

denial of his request for appointed counsel, which also included a request that "my case can remain open until I have secured legal representation." Id.

The Court will treat Plaintiff's latest filing as (1) a motion to withdraw his request for dismissal and (2) a motion for reconsideration. Plaintiff has every right to prosecute his lawsuit within the confines of federal procedural regulations, so the Court will honor his request to withdraw his motion to dismiss and proceed forward.

Local Rule 7(h) governs motions for reconsideration and requires that, at minimum, a party come forward with either new evidence or new legal authority to demonstrate that the Court erred in its previous order. Plaintiff has done neither. His motion for reconsideration will be denied.

**Conclusion**

Plaintiff's request to withdraw his motion to dismiss is GRANTED. Plaintiff's motion for reconsideration is DENIED.

The clerk is ordered to provide copies of this order to Plaintiff.

Dated August 11, 2020.

Marsha J. Pechman
United States Senior District Judge