1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
9                             AT SEATTLE

10   EARL JAMES GOBIN,                        CASE NO. C20-1044 MJP

11                 Plaintiff,              MINUTE ORDER

12        v.

13   KATHLEEN HOGAN & MICROSOFT
    CORPORATION,
14
               Defendants.
15

16

17       The following minute order is made by the direction of the court, the Honorable Marsha

18 J. Pechman, United States District Judge:

19       Plaintiff filed a Motion for Default Judgment on September 25, 2020. (Dkt. No. 32). He

20 then filed a Motion to Withdraw the Motion for Default Judgment on September 30, 2020. (Dkt.

21 No. 34). The Motion for Default Judgment is therefore withdrawn and terminated from the

22 Docket.

23       The clerk is ordered to provide copies of this order to all counsel.

24

Filed October 5, 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk