THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARL JAMES GOBIN,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>                    Defendant. | No. 2:20-cv-1044-MJP<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Note on Motion Calendar:<br>October 15, 2020 |

**STIPULATED MOTION**

Pro se Plaintiff Earl James Gobin ("Plaintiff") and Defendant Microsoft Corporation ("Microsoft" or "Defendant"), by and through its counsel of record, stipulate and agree as follows:

1. On September 24, 2020, Microsoft timely filed a Motion to Dismiss Plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6).  Dkt. 30.

2. On September 28, 2020, Plaintiff filed an Objection to Motion to Dismiss filed by the Defendant.  Dkt. 33.

3. On October 9, 2020, Plaintiff filed a document entitled "Amended Pleadings," which the parties agree constitute Plaintiff's first amended complaint ("First Amended Complaint"), and is now the operative pleading in this action.  Dkt. 37.

STIPULATION AND ORDER RE: BRIEFING SCHEDULE REGARDING MOTION TO DISMISS (2:20-cv-1044-MJP) - 1

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA  98004
425.646.6100 main · 425.646.6199 fax

4. In light of the First Amended Complaint, Microsoft's pending Motion to Dismiss (Dkt. 30) is moot.

5. For clarity, the parties stipulate and agree to the following briefing schedule:

   a. Microsoft's Rule 12 motion to dismiss Plaintiff's First Amended Complaint shall be due on or before October 30, 2020.

   b. Plaintiff's response to Microsoft's motion to dismiss shall be due on or before November 25, 2020.

   c. Microsoft's reply in support of its motion to dismiss shall be due on or before December 4, 2020.

IT IS SO STIPULATED. The parties respectfully request that the Court grant the relief sought by this stipulated motion pursuant to LCR 10(g).

DATED this 15th day of October 2020.

Earl James Gobin
*Pro Se Plaintiff*
*(via email authorization)*

By */s/ Earl James Gobin*
   Earl James Gobin, Pro Se Plaintiff
   4386 Cedar Wood Drive SW
   Linburn, GA  30047
   Phone: (678) 849-2576
   eagobin001@gmail.com

Davis Wright Tremaine LLP
*Attorneys for Defendant Microsoft*

By */s/ Robert Maguire*
   Robert Maguire, WSBA #29909
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104
   Phone: (206) 622-3150
   Fax: (206) 757-7700
   robmaguire@dwt.com

By */s/ Devin Smith*
   Devin Smith, WSBA #42219
   929 108th Avenue NE, Suite 1500
   Bellevue, WA 98004
   Phone: (425) 646-6100
   Fax: (425) 646-6199
   devinsmith@dwt.com

STIPULATION AND ORDER RE: BRIEFING SCHEDULE REGARDING MOTION TO DISMISS (2:20-cv-1044-MJP) - 2

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA  98004
425.646.6100 main · 425.646.6199 fax

**ORDER**

IT IS SO ORDERED. The briefing schedule for Microsoft's Rule 12 motion to dismiss Plaintiff's First Amended Complaint (Dkt. 37) is as follows:

a. Microsoft's Rule 12 motion to dismiss Plaintiff's First Amended Complaint shall be due on or before October 30, 2020.

b. Plaintiff's response to Microsoft's motion to dismiss shall be due on or before November 25, 2020.

c. Microsoft's reply in support of its motion to dismiss shall be due on or before December 4, 2020.

Dated: October 16, 2020

_____
Hon. Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER RE: BRIEFING SCHEDULE REGARDING MOTION TO DISMISS (2:20-cv-1044-MJP) - 3

Davis Wright Tremaine LLP
LAW OFFICES
929 108th Avenue NE, Suite 1500
Bellevue, WA  98004
425.646.6100 main · 425.646.6199 fax